ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
Client's File No.:

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| Case Number: | 1:22-cv-02306-ER |
| Date Filed: | March 22, 2022 |

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

PALO ALTO NETWORKS, INC.,

vs

TAASERA LICENSING LLC, et al.,

Plaintiff

Defendant

STATE OF TEXAS COUNTY OF   HARRISON   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   Texas

That on the following date:   March 24, 2022  , at the following time:   2:25 PM  ,

at   100 WEST HOUSTON STREET, MARSHALL, TX 75670   deponent served the within
Summons in a Civil Action, Complaint for Declaratory Judgment of Non-Infringement with Jury Trial Demanded, Individual Practices of Judge Edgardo Ramos and Civil Cover Sheet.

[X] Papers so served were properly endorsed with the Case Number and date of filing.

**Upon:** TAASERA LICENSING LLC

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's **Relationship** _____
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address
on _____

[X] **Corporation LLC / LLP** — By delivering to and leaving with   Suzanne Phillips   said individual to be   Secretary to Kurt Truelove   who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**   Sex: Female   Color of skin: White   Color of hair: Lt. Brown   Age: 36 - 50 Yrs.   Height: Sitting
Weight: 131-160 Lbs.   Other Features:

☐ **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

☐ **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

RHONDA KAY BIRDSONG
Notary Public, State of Texas
Comm. Expires 07-09-2022
Notary ID 129880084

Sworn to before me on   04-01-22

Rhonda Kay Birdsong

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Kelley Dalton

PROCESS SERVER LICENSE # 16284 EXP 3/31/23

*Court Support, Inc.*, 265 Post Ave #150, Westbury, NY 11590 License #1382542

Work Order # 1458614

1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| PALO ALTO NETWORKS, INC. <br><br> *Plaintiff(s)* <br> v. <br> TAASERA LICENSING LLC, and QUEST PATENT RESEARCH CORPORATION, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Taasera Licensing LLC
100 West Houston Street
Marshall, Texas 75670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew T. Radsch
Ropes & Gray LLP
1900 University Avenue
East Palo Alto, CA 94303-2284

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/23/2022                                            /S/ V. BRAHIMI
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                              _____
                                                   *Server's signature*

                                                   _____
                                                   *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc: