

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark J. Rosenberg**
**Partner**
**212-216-1127**
**mrosenberg@tarterkrinsky.com**

April 12, 2022

**VIA ECF**

Hon. Judge Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Palo Alto Networks, Inc. v. Taasera Licensing LLC and Quest Patent Research Corporation*, Case No. 1:22-cv-02306

Dear Judge Ramos:

  This firm represents defendant Quest Patent Research Corporation ("Quest") in the above-referenced action. In accordance with Your Honor's Individual Practices in Civil Cases (I.C.), Quest respectfully requests an extension of its deadline to answer or otherwise respond to the Complaint in the action. Specifically, Quest requests that the deadline to answer or otherwise respond be extended thirty (30) days to May 13, 2022.

  The Complaint in this action was filed on March 22, 2022 (ECF 1). Currently, Quest's deadline to answer is April 13, 2022. No other requests for adjournment or extensions of time have been previously requested.

  Quest's counsel has conferred with plaintiff Palo Alto Networks, Inc.'s counsel, who consents to the requested extension. Because this litigation is still in its early stages and the Court has yet to issue a scheduling order, the requested extension does not affect any other scheduled dates.

  We thank the Court for its consideration of this request.

            Very truly yours.

            */s/ Mark J. Rosenberg*

            Mark J. Rosenberg