

ALFRED R.FABRICANT

DIRECT: 212.257.5795
FAX:  212.257.5796

FFABRICANT@FABRICANTLLP.COM

April 12, 2022

<u>VIA ECF</u>

The Honorable Judge Edgardo Ramos
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:   *Palo Alto Networks, Inc. v. Taasera Licensing LLC
             and Quest Patent Research Corporation*
             Case No. 1:22-cv-02306-ER (S.D.N.Y.)

Dear Judge Ramos:

In accordance with Your Honor's Individual Practices in Civil Cases (I.C.), Defendant Taasera Licensing LLC ("Taasera" or "Defendant") respectfully requests an extension of the deadline for the time to answer or otherwise respond to the Complaint in the above-referenced case. Specifically, Taasera requests that the deadline to answer or otherwise respond be extended thirty (30) days to May 16, 2022, while counsel for Defendant is at trial on a separate matter.

The Complaint in this action was filed on March 22, 2022. Dkt. 1.  Currently, Taasera's deadline to answer is April 14, 2022.  No other requests for adjournment or extension of time have been previously requested.

Defendant's counsel has conferred with Plaintiff Palo Alto Networks, Inc.'s ("Palo Alto") counsel, who consents to the requested extension. Because this litigation is still in its early stages and the Court has yet to issue a scheduling order, the requested extension does not affect any other scheduled dates.

**FABRICANT LLP**

The Honorable Judge Edgardo Ramos
United States District Judge
April 12, 2022
Page 2

We thank the Court for its consideration of the within request.

Dated: April 12, 2022                    Respectfully submitted,

                                         /s/ *Alfred R. Fabricant*
                                         Alfred R. Fabricant
                                         NY Bar No. 2219392
                                         Email: ffabricant@fabricantllp.com
                                         **FABRICANT LLP**
                                         411 Theodore Fremd Avenue,
                                          Suite 206 South
                                         Rye, New York 10580
                                         Telephone: (212) 257-5797
                                         Facsimile: (212) 257-5796

                                         ***ATTORNEYS FOR DEFENDANT
                                         TAASERA LICENSING LLC***