IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALO ALTO NETWORKS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>TAASERA LICENSING LLC, and QUEST PATENT RESEARCH CORPORATION,<br><br>                    Defendants. | Civil Action No. 1:22-cv-02306-ER<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Michael R. Rueckheim, hereby respectfully enter an appearance for Plaintiff Palo Alto Networks, Inc.

Dated:  May 12, 2022                    Respectfully submitted,

                                        By: */s/Michael R. Rueckheim*
                                            Michael R. Rueckheim
                                            MRueckheim@winston.com
                                            WINSTON & STRAWN LLP
                                            255 Shoreline Drive, Suite 520
                                            Redwood City, CA 94065
                                            Telephone: (650) 858-6500
                                            Facsimile: (650) 858-6559

                                            *Attorneys for Plaintiff,*
                                            PALO ALTO NETWORKS, INC.