# EXHIBIT 1

| | |
|---|---|
| **From:** | Mark J. Rosenberg <mrosenberg@tarterkrinsky.com> |
| **Sent:** | Friday, May 13, 2022 11:54 PM |
| **To:** | Rueckheim, Mike; Joseph Mercadante; Fred Fabricant; Peter Lambrianakos; Vincent Rubino; Daniel Shea; Taasera |
| **Cc:** | Padmanabhan, Krishnan; Hunsaker, Kelly C.; Krishnan, Vivek; Yaquian, Juan C.; Quan, Liberty |
| **Subject:** | Re: [999999.00106] Palo Alto Networks, Inc. v. Taasera Licensing LLC et al (Doc# -, S.D.N.Y. 1:22-cv-02306-ER) |

Confirmed



**Mark J. Rosenberg|Partner**
T: 212-216-1127|F: 212-216-8001
mrosenberg@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn
COVID-19 RESOURCE CENTER

*Crain's* 2021 best places to work in NYC

**From:** Rueckheim, Mike <MRueckheim@winston.com>
**Sent:** Friday, May 13, 2022 7:11:52 PM
**To:** Joseph Mercadante <jmercadante@fabricantllp.com>; Mark J. Rosenberg <mrosenberg@tarterkrinsky.com>; Fred Fabricant <ffabricant@fabricantllp.com>; Peter Lambrianakos <plambrianakos@fabricantllp.com>; Vincent Rubino <vrubino@fabricantllp.com>; Daniel Shea <dshea@fabricantllp.com>; Taasera <taasera@fabricantllp.com>
**Cc:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Hunsaker, Kelly C. <Khunsaker@winston.com>; Krishnan, Vivek <VKrishnan@winston.com>; Yaquian, Juan C. <JYaquian@winston.com>; Quan, Liberty <LQuan@winston.com>
**Subject:** [EXT] Re: [999999.00106] Palo Alto Networks, Inc. v. Taasera Licensing LLC et al (Doc# -, S.D.N.Y. 1:22-cv-02306-ER)

Joseph and Mark, we are waiting on Quest to confirm in writing so we can file the amended complaint per the Court's instruction.
-Mike

**From:** Joseph Mercadante <jmercadante@fabricantllp.com>
**Sent:** Friday, May 13, 2022 4:44:18 PM
**To:** Rueckheim, Mike <MRueckheim@winston.com>; Mark J. Rosenberg <mrosenberg@tarterkrinsky.com>; Fred Fabricant <ffabricant@fabricantllp.com>; Peter Lambrianakos <plambrianakos@fabricantllp.com>; Vincent Rubino <vrubino@fabricantllp.com>; Daniel Shea <dshea@fabricantllp.com>; Taasera <taasera@fabricantllp.com>
**Cc:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>; Hunsaker, Kelly C. <Khunsaker@winston.com>; Krishnan, Vivek <VKrishnan@winston.com>; Yaquian, Juan C. <JYaquian@winston.com>; Quan, Liberty <LQuan@winston.com>
**Subject:** Re: [999999.00106] Palo Alto Networks, Inc. v. Taasera Licensing LLC et al (Doc# -, S.D.N.Y. 1:22-cv-02306-ER)

Counsel,

You have Taasera's written consent.

Joseph Mercadante

Partner
Fabricant LLP
jmercadante@fabricantllp.com
M: 973-420-4011

---

**From:** Rueckheim, Mike <MRueckheim@winston.com>
**Sent:** Friday, May 13, 2022 7:29:35 PM
**To:** Joseph Mercadante <jmercadante@fabricantllp.com>; Mark J. Rosenberg <mrosenberg@tarterkrinsky.com>; Fred Fabricant <ffabricant@fabricantllp.com>; Peter Lambrianakos <plambrianakos@fabricantllp.com>; Vincent Rubino <vrubino@fabricantllp.com>; Daniel Shea <dshea@fabricantllp.com>; Taasera <taasera@fabricantllp.com>
**Cc:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>; Hunsaker, Kelly C. <Khunsaker@winston.com>; Krishnan, Vivek <VKrishnan@winston.com>; Yaquian, Juan C. <JYaquian@winston.com>; Quan, Liberty <LQuan@winston.com>
**Subject:** FW: [999999.00106] Palo Alto Networks, Inc. v. Taasera Licensing LLC et al (Doc# -, S.D.N.Y. 1:22-cv-02306-ER)

Counsel for Taasera and Quest,

I've already confirmed in separately via email and a phone call, but can attorneys for both companies please respond to this email confirming that both companies consent to Palo Alto Networks re-filing the amended complaint today that the Court rejected this morning as shown below.  We intend to include the email response as an attachment per the Court's instruction below to attach "opposing party's written consent".

-Mike

---

**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Friday, May 13, 2022 11:56 AM
**To:** Reig, Eimeric <EReigPlessis@winston.com>; Krishnan, Vivek <VKrishnan@winston.com>; Docket NY <DocketNY@winston.com>; Newman, Claudia <CNewman@winston.com>; Hunsaker, Kelly C. <Khunsaker@winston.com>; Rueckheim, Mike <MRueckheim@winston.com>; Nakano, Lance B <LNakano@winston.com>; McCullough, Matt <MRMcCullough@winston.com>; Quan, Liberty <LQuan@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Yaquian, Juan C. <JYaquian@winston.com>
**Subject:** [999999.00106] Palo Alto Networks, Inc. v. Taasera Licensing LLC et al (Doc# -, S.D.N.Y. 1:22-cv-02306-ER)

## Palo Alto Networks, Inc. v. Taasera Licensing LLC et al

***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Krishnan Padmanabhan to RE-FILE re: Document No. [19] Amended Complaint. The filing is deficient for the following reason(s): the wrong party/parties whom the pleading is against were selected; the pleading is amended more than 21 days after service of the original pleading; Court's leave has not been granted. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents

and attach either opposing party's written consent or Court's leave. (vf)
(Entered: 05/13/2022)

*Date entered: 2022-05-13*

[VIEW CASE](https://app.pacerpro.com/cases/16434961)

https://app.pacerpro.com/cases/16434961

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---

Tarter Krinsky & Drogin is fully operational. All attorneys and staff have been and will continue to be working remotely and TKD has put measures in place to ensure our services continue uninterrupted. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically, until further notice. Please contact Katrinia Soares at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies during these unprecedented times.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.