**DECLARATION OF JON C. SCAHILL IN SUPPORT OF DEFENDANT QUEST PATENT RESEARCH CORPORATION'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM**

**FILED UNDER SEAL IN ITS ENTIRETY**