## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

PALO ALTO NETWORKS, INC.,

                    Plaintiff,

    v.

TAASERA LICENSING LLC and QUEST PATENT
RESEARCH CORPORATION,

                    Defendants.

Case No. 1:22-cv-02306-ER/SDA

## DEFENDANT TAASERA LICENSING LLC'S
## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Taasera Licensing LLC, (a non-governmental party), certifies that following is the corporate parent of said party, which is publicly held:

**QUEST PATENT RESEARCH CORPORATION**.

Pursuant to Federal Rule of Civil Procedure 7.1, Taasera Licensing LLC further states that there are no parent or publicly-held corporations owning 10% or more of its common stock.

Dated:  May 31, 2021

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*ATTORNEYS FOR DEFENDANT*
*TAASERA LICENSING LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2022, the foregoing was filed electronically with the Clerk

of Court to be served by operation of the Court's electronic filing system to all counsel of record.


*/s/ Alfred R. Fabricant*
Alfred R. Fabricant