IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALO ALTO NETWORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>TAASERA LICENSING LLC, and QUEST PATENT RESEARCH CORPORATION,<br><br>Defendant. | Civil Action No. 1:22-cv-02306-ER<br><br>**NOTICE OF CROSS-MOTION** |

PLEASE TAKE NOTICE that upon Plaintiff Palo Alto Networks, Inc.'s ("PAN"), Memorandum of Law in Support of its Cross-Motion for Leave To Take Jurisdictional Discovery submitted herewith, and the exhibits thereto, and all prior pleadings and proceedings had herein, PAN hereby cross-moves this Court before the Honorable Edgardo Ramos, at the United States Courthouse, 40 Foley Square, New York, New York, in Courtroom 619, as soon as counsel may be heard, for (i) an Order, granting jurisdictional discovery in the above captioned matter and extending PAN's response to Defendants' motions to dismiss until two weeks after completing jurisdictional discovery; and (ii) such other and further relief as the Court deems just and proper.

Dated: New York, New York
June 23, 2022

                                                  WINSTON & STRAWN LLP

By: */s/ Krishnan Padmanabhan*
    Krishnan Padmanabhan
    Kelly C. Hunsaker
    Michael R. Rueckheim
    200 Park Avenue
    New York, NY  10166
    (T) (212) 294-6627
    (F) (212) 294-4700

Attorneys for Plaintiff
Palo Alto Networks

TO:  Mark Rosenberg
      TARTER KRINSKY & DROGIN LLP
      1350 Broadway, 11th Floor
      New York, NY  10018
      Tel: (212) 216-8000
      Attorneys for Defendant
      Quest Patent Research Corporation

      Alfred R. Fabricant
      FABRICANT LLP
      411 Theodore Fremd Ave.,
      Suite 206 South
      Rye, New York 10580
      Tel: (212) 257-5797
      Attorneys for Defendant
      Taasera Licensing LLC