

**WINSTON & STRAWN LLP**

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**KRISHNAN PADMANABHAN**
(212) 294-3564
KPadmanabhan@winston.com

**MEMO ENDORSED**

June 23, 2022

<u>**VIA ECF**</u>

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Palo Alto Networks, Inc. v. Taasera Licensing LLC and Quest Patent Research Corporation*, No. 1:22-cv-02306-ER

Dear Judge Ramos:

This firm represents Plaintiff Palo Alto Networks, Inc. ("PAN") in the above captioned action. We are writing to request a stay of our opposition to Defendants' Motions to Dismiss pending jurisdictional discovery. The parties appeared before the Court last Thursday for the pre-motion conference on Defendants' Motions to Dismiss, and in accordance with the Court's order during that conference, PAN has submitted a cross-motion seeking jurisdictional discovery. We propose that the jurisdictional discovery be completed within 3 months, and that PAN have the standard 14 calendar days to respond after that. *See* Local Civil Rule 6.1. *See, e.g.*, *Blockchain Mining Supply & Servs. Ltd. v. Super Crypto Mining, Inc.*, No. 18-cv-11099-ALC, 2020 WL 7128968, at *2 (S.D.N.Y. Dec. 4, 2020) (Court providing plaintiff four months to conduct jurisdictional discovery, and requesting a briefing schedule subsequent to completion of jurisdictional discovery).

Very truly yours,

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan

---

Plaintiff Palo Alto Networks, Inc.'s request for a stay of its opposition to the defendants' motions to dismiss pending jurisdictional discovery is DENIED. The parties are instructed to follow the briefing schedule directed by the Court during the pre-motion conference held on June 16, 2022: motions due 6/23/2022; responses due 7/14/2022; replies due 7/21/2022. It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __June 24, 2022__
New York, New York